# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court

By MGarcia at 2:37 pm, Apr 13, 2020

PHYLLIS COX,

    Plaintiff,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.

520-CV-026

### ORDER

Before the Court is the Parties' Stipulation of Dismissal, dkt. no. 12, wherein they inform the Court that they wish to dismiss this action with prejudice. The dismissal complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 13th day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA